IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. RUDD,

        Plaintiff,

v.                                                                      Case No.: 3:25-cv-402-jdp

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an administrative law judge (ALJ) will offer Plaintiff the opportunity for an administrative hearing. The ALJ will proceed through the sequential disability evaluation process, including reevaluating the medical source assessments, as appropriate. The ALJ shall issue a new decision.

SO ORDERED this  10TH  day of  SEPTEMBER , 2025.

_____
Honorable James D. Peterson
United States District Judge